**CT Corporation**

**Service of Process Transmittal**
04/27/2017
CT Log Number 531125794

**TO:**  Rebecca Thompson
UnitedHealth Group Incorporated (111504190770700600)
9900 Bren Rd E Ste 300W, MN008-T700
Minnetonka, MN 55343-4402

**RE:**  **Process Served in Louisiana**

**FOR:**  United HealthCare Services, Inc. (200204190770700600)  (Domestic State: MN)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Sanat V. Sanghani, MD, LLC, Pltf. vs. United HealthCare Services, Inc., Dft. |
| **DOCUMENT(S) SERVED:** | Citation, Petition |
| **COURT/AGENCY:** | RAPIDES; 9TH JUDICIAL DISTRICT COURT, LA<br>Case # 137011 |
| **NATURE OF ACTION:** | Insurance Litigation |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Baton Rouge, LA |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 04/27/2017 at 08:45 |
| **JURISDICTION SERVED :** | Louisiana |
| **APPEARANCE OR ANSWER DUE:** | Within 10 days after you have received these documents |
| **ATTORNEY(S) / SENDER(S):** | Howell D. Jones, IV<br>JONES LAW FIRM<br>P.O. Box 14558<br>Alexandria, LA 71315<br>(318) 442-1515 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 04/27/2017, Expected Purge Date: 05/27/2017<br><br>Image SOP<br><br>Email Notification,  Administrative Assistant  legalmail@uhc.com |
| **SIGNED:**<br>**ADDRESS:**<br><br>**TELEPHONE:** | C T Corporation System<br>3867 Plaza Tower Dr.<br>Baton Rouge, LA 70816-4378<br>954-473-5503 |



Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

# CITATION

SANGHANI, DR. SANAT V., MD, LLC                    : CIVIL DOCKET NO. 137011

VS.137011                                          : ALEXANDRIA CITY COURT

UNITED HEALTHCARE SERVICES, INC.                   : PARISH OF RAPIDES

                                                   : STATE OF LOUISIANA

---

TO:  UNITED HEALTHCARE SERVICES, INC.
     THROUGH ITS AGENT FOR SERVICE OF PROCESS: C T CORP. SYTEM
     5615 CORPORATE BLVD., STE. 400B
     BATON ROUGE, LA 70808-0000

YOU HAVE BEEN SUED !

   Attached to this citation is a certified copy of a petition. The petition tells you what you
are being sued for.

   You must EITHER do what the petition asks, OR within ten (10) days after you have
received these documents, you must file an answer or other pleadings in the office of the
Clerk of this Court, 515 Washington Street, Alexandria, Louisiana 71301.

   If you do not do what the petition asks, or if you do not file an answer or legal pleading
within ten (10) days, a judgment may be entered against you without further notice.

   This citation was issued by the Clerk of Court for the City of Alexandria, Louisiana, on
this Monday, 17th day of April, 2017.

                                  _Marley L. Frazerge_
                                  DEPUTY CLERK OF COURT

Also attached are the following document: Petition for Damages
These documents mean you have been sued.
Legal assistance is advisable and you should contact a lawyer immediately.
Judges and Court Personnel are not permitted to give legal advice.

PLEASE SERVE:

UNITED HEALTHCARE SERVICES, INC.
THROUGH ITS AGENT FOR SERVICE OF PROCESS: C T CORP. SYTEM
5615 CORPORATE BLVD., STE. 400B
BATON ROUGE, LA 70808-0000

ALEXANDRIA CITY COURT IN AND FOR THE PARISH OF RAPIDES

STATE OF LOUISIANA

CIVIL SUIT NO. 137011

SANAT V. SANGHANI, MD, LLC

VS.

UNITED HEALTHCARE SERVICES, INC.

ALEXANDRIA CITY COURT

2017 APR 12  PM 2: 24

*Marlise L. Frang*
CLERK OF COURT / Deputy

FILED:_____DY CLK

## PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes Sanat V. Sanghani, MD, LLC, who represents as follows:

1.

Made defendant herein is United Healthcare Services, Inc., (hereinafter "United Healthcare") a foreign insurance company, registered in and doing business in the State of Louisiana, whose registered office is located at 5615 Corporate Boulevard, Suite 400B, Baton Rouge, Louisiana, 70808.

2.

At all pertinent times herein, there existed, in full force and effect, a policy of health insurance by United Healthcare to Evart Brink, Jr., a person of the full age of majority and a resident and domiciliary of the Parish of Rapides, State of Louisiana, providing coverage, pursuant to its terms and conditions, for healthcare products and services.

3.

Your petitioner, Sanat V. Sanghani, MD, LLC owned and operated by Sanat V. Sanghani, MD, a physician specializing in radiation oncology, the treatment of cancer with radiation therapy, provided health services to Evart Brink, Jr., which services were covered under the healthcare insurance policy issued by defendant to Evart Brink, Jr.

4.

Evart Brink, Jr., in exchange for the services provided by the plaintiff, has specifically assigned all rights under the health insurance policy and has also authorized Sanat V. Sanghani, MD, LLC to pursue this claim for unpaid healthcare insurance benefits.

5.

Plaintiff secured pre-authorization from United Healthcare to be covered

under the policy of insurance at the network level.

6.

Plaintiff provided services to Evart Brink, Jr. and has a remaining balance of $11,711.06.

7.

Despite proof of claims, amicable demand, and follow-up correspondence, defendant has not responded to undersigned counsel as of this writing. Further, despite notice of representation, the defendant attempted to contact plaintiff directly in clear violation of the attorney privilege.

8.

R.S. 22:1821 provides:

All claims arising under the terms of health and accident contracts issued in this state, except as provided in Subsection B of this Section, shall be paid not more than thirty days from the date upon which written notice and proof of claim, in the form required by the terms of the policy, are furnished to the insurer unless just and reasonable grounds, such as would put a reasonable and prudent businessman on his guard, exist.

9.

Despite notice and amicable demand, defendant has refused to pay for covered services. Defendant has failed to pay within 30 days after receiving satisfactory proofs of loss pursuant to La. R.S. 22:1821. Plaintiff is entitled to recover, in addition to the amount owed, penalties in the amount of twice the charges, attorney fees, interest, and costs herein.

10.

R.S. 22:1832 provides:

(C) Health insurance issuers shall establish appropriate procedures approved by the department to assure that any health care provider who is not paid within the time frames specified in this Section receives a late payment adjustment equal to twelve percent per annum of the amount due.

11.

Plaintiff shows that the requirements of nonelectronic submission of the health insurance claim was properly submitted to United Healthcare triggering the remedy of twelve percent per annum.

12.

R.S. 22:1973 provides:

(A) An insurer, including but not limited to a foreign line and surplus line insurer, owes to his insured a duty of good faith and fair dealing. The insurer has an affirmative duty to adjust claims fairly and promptly and to make a reasonable effort to settle claims with the insured or the claimant, or both. Any insurer who breaches these duties shall be liable for any damages sustained as a result of the breach.

(C) In addition to any general or special damages to which a claimant is entitled for breach of the imposed duty, the claimant may be awarded penalties assessed against the insurer in an amount not to exceed two times the damages sustained or five thousand dollars, whichever is greater.

13.

Despite notice and amicable demand, defendant has refused to properly investigate, adjust, or even discuss the claim in violation of R.S. 22:1973. Plaintiff is entitled to recover, in addition to the amount owed, penalties not to exceed two times the damages sustained or five thousand dollars, whichever is greater.

WHEREFORE, plaintiff prays that the defendant be served with copy of this petition and cited to appear and answer same and that after all delays have passed and all due proceedings be had that there be judgment entered herein in favor of the plaintiff, Sanat V. Sanghani, MD, LLC., and against defendant, United Healthcare, in the amount of $11,711.06 along with such penalties, attorney fees, interest, costs, and other relief appropriate under the premises.

RESPECTFULLY SUBMITTED:

JONES LAW FIRM
P.O. Box 14558
Alexandria, LA 71315
Telephone: (318) 442-1515
Facsimile: (318) 442-8492

BY:_____
Howell D. Jones, IV (31208)

SERVICE INFORMATION:

UNITED HEALTHCARE SERVICES, INC.
Though its agent for service of process:
C T CORPORATION SYSTEM
5615 Corporate Blvd., Ste 400B
Baton Rouge, LA 70808





ALEXANDRIA CITY COURT
A TRUE COPY OF THE ORIGINAL
THIS ___4/7___, 20_17_
_Emily W. Bullock_
EMILY W. BULLOCK 144886
EX-OFFICIO NOTARY
DEPUTY CLERK