RECEIVED

MAR - 6 2018

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

SANAT V. SANGHANI, MD, LLC,      CIVIL ACTION NO. 1:17-CV-00685
Plaintiff

VERSUS      JUDGE DRELL

UNITED HEALTHCARE      MAGISTRATE JUDGE PEREZ-MONTES
SERVICES, INC.,
Defendant

---

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the Motion to Dismiss (Doc. 10) filed by Defendant, United Healthcare Insurance Company of Illinois, is GRANTED, and Plaintiff's claims under La. R.S. 22:1821, 22:1832, and 22:1973 are DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that the Motion for Summary Judgment (Doc. 10) filed by Defendant, United Healthcare Insurance Company of Illinois is DENIED AS MOOT.

Plaintiff's claim for benefits, is however, viable and converted to an ERISA claim to be processed by the Court in that fashion.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this _6_ day of March, 2018.

DEE D. DRELL, JUDGE
UNITED STATES DISTRICT COURT