RECEIVED

SEP 16 2019

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | | |
|---|---|---|
| SANAT V. SANGHANI, MD, LLC | * | CIVIL ACTION NO. 17-cv-00685 |
| Plaintiff, | * | |
| v. | * | JUDGE DRELL |
| UNITED HEALTHCARE SERVICES, INC. | * | |
| Defendant. | * | MAG. JUDGE PEREZ-MONTES |

### ORDER OF DISMISSAL

**CONSIDERING** the foregoing "Joint Motion For Dismissal With Prejudice" (the "Motion") in this matter and good cause appearing therein:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT** the Motion is GRANTED, and that all claims asserted by Plaintiff, Sanat V. Sanghani, MD, LLC, against Defendant, UnitedHealthcare Insurance Company of Illinois, erroneously named as United HealthCare Services, Inc., are **DISMISSED WITH PREJUDICE**, with each party to bear its own costs and fees.

**THUS DONE AND SIGNED** in Alexandria, Louisiana, this 16th day of September, 2019.

JUDGE,
United States District Court
Western District of Louisiana